Commonwealth *v.* Lyons, Appellant.

Submitted November 11, 1968. *John J. Dean,* Assistant Trial Defender, and *George H. Ross,* Director, for appellant; *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Mitchell, Appellant.

Submitted November 11, 1968. *Joseph A. Nickleach,* for appellant; *Harry A. Heilman, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Osborn, Appellant.

Argued November 11, 1968. *Louis D. Musica,* for appellant; *David P. Truax,* Assistant District Attorney, with him *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Commonwealth *v.* Osborn, Appellant.